| | |
|---|---|
| 1 | DAVE M. McGRAW (State Bar No. 86389) |
| 2 | PATRICK K. McCLELLAN (State Bar No. 77352)<br>LAW OFFICES OF DAVE M. McGRAW |
| 3 | A Professional Corporation<br>2890 North Main Street, Suite 307 |
| 4 | Walnut Creek, California 94597-2738 |
| 5 | (925) 944-0206 |
| 6 | Attorneys for Movant |
| 7 | WELLS FARGO BANK, N.A.<br>Successor by merger to Wells Fargo Bank Southwest, N.A. |
| 8 | fka: Wachovia Mortgage, FSB |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 09-13948 |
| | ) | Chapter 7 |
| JOHNNY M. MAGSAMBOL and | ) | R.S. No. DMM-15344 |
| ELVIRA M. MAGSAMBOL, | ) | **First Deed: 2420 Quail Hollow Drive** |
| | ) | |
| | ) | NOTICE OF HEARING ON MOTION |
| | ) | FOR RELIEF FROM STAY (Rule 4001) |
| | ) | |
| | ) | Date: February 11, 2010 |
| Debtors. | ) | Time: 9:00 a.m. |
| | ) | Judge: Alan Jaroslovsky |
| | ) | Ctrm: The Courtroom |
| | ) | Place: U.S. Bankruptcy Court |
| | ) | 99 South E Street |
| | ) | Santa Rosa, CA |

TO THE COURT AND TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on February 11, 2010, at 9:00 a.m., a preliminary hearing will be held on Movant's Motion for Relief From Stay. Said motion will be heard in The Courtroom of the United States Bankruptcy Court, located at 99 South E Street, Santa Rosa, California.

. . .

. . .

Notice Of Hearing On Motion For Relief From Stay
A:\CASE\MAGSAMBOL\NOTICE\NDct

1

Case: 09-13948   Doc# 18   Filed: 01/27/10   Entered: 01/27/10 16:14:18   Page 1 of 2

NOTICE IS FURTHER GIVEN that in the event debtors fail to appear either personally or through counsel at the scheduled hearing, debtors' default may be entered and relief granted as prayed herein.

Dated: January 27, 2010                     LAW OFFICES OF DAVE M. McGRAW

/s/ Dave M. McGraw
DAVE M. McGRAW
Attorneys for Movant
WELLS FARGO BANK, N.A.

Notice Of Hearing On Motion For Relief From Stay
A:\CASE\MAGSAMBOL\NOTICE\NDct
2