1  Law Offices of Farley & Kump, LLP
   Kary Kump, Bar No. 103335
2  570 Poli Street
   P.O. Box 2480
3  Ventura, CA 93002-2480
   (805) 585-1831
4  (805) 585-2220 FAX

5  Attorneys for Movant

6

7

8               UNITED STATES BANKRUPTCY COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 In Re:
                                          ) CASE NO. **09-13948**
11 **JOHNNY M. MAGSAMBOL,** and **ELVIRA**  ) CHAPTER 7
   **M. MAGSAMBOL,**                       ) R.S. NO. KK-4434
12                                         )
              Debtors.                     )
13 **ONEWEST BANK, FSB, SUCCESSOR IN**     ) **ORDER ON MOTION FOR RELIEF**
   **INTEREST TO INDYMAC BANK, FSB, A**    ) **FROM AUTOMATIC STAY**
14 **FEDERALLY CHARTERED SAVINGS**         )
   **BANK**,                               )
15                                         ) DATE:   JANUARY 28, 2010
              Movant,                      ) TIME:   9:00 AM
16   vs.                                   ) CTRM:   COURTROOM
                                           )
17                                         ) 99 SOUTH "E" STREET
   **JOHNNY M. MAGSAMBOL,** and **ELVIRA** ) SANTA ROSA, CA
18 **M. MAGSAMBOL,** and CHAPTER 7
   TRUSTEE, **TIMOTHY W. HOFFMAN,**
19
           Respondents.
20

21     The Motion of Secured Creditor ONEWEST BANK, FSB, SUCCESSOR IN
22 INTEREST TO INDYMAC BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK
23 ("Movant"), for relief from the automatic stay came on regularly for
24 hearing by the Court on the date, time and place set forth above,
25 before the Honorable Alan Jaroslovsky.  All appearances are as noted
26 in the court record.

27

28

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 terminated on December 23, 2009, by operation of section 362(c)(3)(A) of the Bankruptcy Code. To the extent they are still applicable, they are hereby terminated with respect to the interests of Movant in the real property commonly known as **1424 STARVIEW COURT, SANTA ROSA, CA 95403**.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the fourteen day stay provided by Bankruptcy Rule 4001(a)(3) if any, is waived.

Dated: January 29, 2010

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge